EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> Suspensiones del ejercicio de la abogacía y notaría por incumplimiento con el Programa de Educación Jurídica Continua y las órdenes de este Tribunal | 2022 TSPR 45 <br><br> 209 DPR \_\_\_\_\_ |

Número del Caso: TS-3,081 y otros


Fecha: 13 de abril de 2022


Materia: Suspensiones del ejercicio de la abogacía y notaría por incumplimiento con el Programa de Educación Jurídica Continua y las órdenes del Tribunal Supremo.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

| | |
|---|---|
| Suspensiones del ejercicio de la abogacía y notaría por incumplimiento con el Programa de Educación Jurídica Continua y las órdenes de este Tribunal | TS-3,081 y otros |

RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de abril de 2022.

El Programa de Educación Jurídica Continua (PEJC) nos refirió un grupo de abogados y abogadas que incumplieron con los requisitos de educación continua para uno o más periodos. A tales efectos, emitimos Resoluciones concediendo plazos para que los abogados y las abogadas que no habían comparecido mostraran causa por la cual no se les debía suspender del ejercicio de la profesión por incumplir con los requisitos de educación continua y por no comparecer ante el PEJC cuando les fue requerido.

En aras de mantener un balance entre el imperativo de ostentar el grado más alto de competencia entre las y los integrantes de nuestra profesión y los efectos en sus circunstancias particulares a raíz de los eventos naturales ocurridos en nuestra historia reciente, así como en consideración del estado de emergencia vigente por la pandemia del COVID-19, otorgamos una serie de concesiones que incluyeron prórrogas, relevos de pagos de multa por cumplimiento tardío y la posposición de avisos de incumplimiento.

Pasado más de un año sin que hayan comparecido según requerido, a pesar de que les concedieron múltiples oportunidades, ordenamos mediante esta Resolución la suspensión inmediata e indefinida del ejercicio de la

abogacía de las y los profesionales del Derecho siguientes por incumplir con los requerimientos del PEJC y las órdenes de este Tribunal:

| | |
|---|---|
| Arnaldo López Rodríguez | TS-3,081 |
| Edna Loubriel Díaz | TS-3,419 |
| Laurie Iñigo Fas de Fahed | TS-3,478 |
| Salvador Tió Fernández | TS-3,961 |
| Eileen Meléndez O'Neill | TS-4,078 |
| Ramón García García | TS-4,694 |
| José Alberto Axtmayer Balzac | TS-4,924 |
| Julia Margarita Garriga Trillo | TS-5,244 |
| Rayda V. Fernández Quiñones | TS-5,303 |
| Amadís Ayala Padró | TS-5,584 |
| Ángel M. González Velázquez | TS-6,038 |
| Ramón R. Otero Cancel | TS-6,976 |
| Mignon M. Picó Valls | TS-7,687 |
| Gilberto Salas Arana | TS-7,774 |
| Rigel Sabater Solá | TS-8,228 |
| Marisol Gómez Figueroa | TS-9,099 |
| Myrtelina López Montañez | TS-9,404 |
| Luis F. Maldonado Rivera | TS-10,383 |
| Beatriz Pérez Ramírez | TS-12,314 |
| Carlos R. Román González | TS-12,479 |
| Mariemma Altieri Rodríguez | TS-14,380 |
| Maribel Torres Cartagena | TS-15,418 |
| Magda F. Zambrana Toro | TS-15,871 |
| Julio C. Aponte Rivera | TS-16,498 |
| Ricardo Eboli Kodesh | TS-17,249 |
| José Joaquín Rodríguez Santiago | TS-17,530 |
| Carla Arlene Domenech Morales | TS-17,890 |
| Xavier Alejandro Méndez Ramos | TS-18,336 |
| Melanie I. García Delgado | TS-18,767 |
| Erick Castro Rivera | TS-19,442 |
| Ana V. De Jesús Martell | TS-19,621 |
| María Corina Alfonzo Rojas | TS-19,684 |
| Stephanie M. Meléndez Casellas | TS-19,803 |
| Eileen Guzmán | TS-19,838 |

Asimismo, ordenamos la suspensión inmediata e indefinida del ejercicio de la abogacía y de la notaría de las y los profesionales del Derecho siguientes por incumplir con los requerimientos del PEJC y las órdenes de este Tribunal:

| | |
|---|---|
| Martha F. Martínez Espada | TS-4,397 |
| Henry H. Rexach López | TS-5,014 |
| Alberto N. Balzac Colom | TS-5,590 |
| Gloria I. Maldonado Hernández | TS-5,647 |
| Mirta E. Rodríguez Mora | TS-6,177 |
| Thomas C. Yeager Ruppert | TS-6,750 |
| Jorge Meléndez Artau | TS-6,951 |
| Juan De La Cruz Ríos Rivera | TS-7,010 |

| | |
|---|---|
| Edna E. Rodríguez Benítez | TS-7,363 |
| Víctor Manuel Marrero Negrón | TS-7,501 |
| Rafael E. Meléndez González | TS-7,878 |
| Ramón Colón Olivo | TS-9,069 |
| Agustín Colón Dueño | TS-9,346 |
| Félix A. Villanueva Cruz | TS-10,426 |
| Ismael E. Trabal Vázquez | TS-10,581 |
| Lizzette M. Ortiz Bonilla | TS-11,270 |
| Bayón Casiano Antonio | TS-12,538 |
| Mirna L. Arroyo Miranda | TS-13,880 |
| Meraide S. Romero Llavona | TS-14,619 |
| Luis Daniel Rosa Velázquez | TS-14,843 |
| María del Pilar Villamil Jarauta | TS-14,851 |
| Charicelys Santiago González | TS-16,409 |
| Yeilin M. Laboy Hernández | TS-16,551 |
| Ángel L. Ortiz López | TS-18,057 |
| Juan G. Maldonado Santiago | TS-18,469 |
| Jennifer E. Crespo López | TS-19,884 |

Se les impone el deber de notificar a todos sus clientes sobre su inhabilidad para continuar representándolos y devolverles cualesquiera honorarios recibidos por trabajos no realizados. Además, deberán informar inmediatamente de su suspensión a los foros judiciales y administrativos en los que tengan asuntos pendientes. Por último, deberán acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta (30) días a partir de la notificación de esta Resolución. No hacerlo pudiere conllevar que no se les reinstale cuando lo soliciten.

Por su parte, con relación a las y los profesionales del Derecho suspendidos del ejercicio de la notaría, se le ordena al Alguacil de este Tribunal incautar inmediatamente la obra y el sello notarial de cada profesional y entregarlos al Director de la Oficina de Inspección de Notarías para la investigación y la presentación del informe correspondiente. Además, en virtud de esta suspensión inmediata e indefinida del ejercicio de la notaría, la fianza que garantiza las funciones notariales queda automáticamente cancelada. La fianza se considerará buena y válida por tres años después de su terminación en cuanto a los actos realizados durante el periodo en que esta estuvo vigente. Finalmente, se les advierte a las y los profesionales suspendidos del ejercicio de la notaría que la suspensión no les exime de su deber de subsanar cualquier deficiencia en su obra notarial.

Notifíquese por correo electrónico y ordinario.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo